CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 03 2008

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

FRANCIS J. WOLOWSKI,                )
                                    )     Civil Action No. 7:07cv430
        Plaintiff,                  )
                                    )     ORDER ADOPTING REPORT
v.                                  )     AND RECOMMENDATION
                                    )
MICHAEL J. ASTRUE,                  )     By: Judge James C. Turk
Commissioner of Social Security,    )
                                    )     Senior United States District Judge
        Defendant.                  )

## ORDER

Plaintiff Francis J. Wolowski initially brought this action pursuant to 42 U.S.C. § 405(g) for review of the Commissioner of Social Security's final decision denying his claim for disability insurance benefits under Title II of the Social Security Act. On appeal, Wolowski contends that the Administrative Law Judge ("ALJ") erred in failing to give proper weight to the opinions of two of his treating physicians, Dr. Mann and Dr. Chen.

The court referred the matter to United States Magistrate Judge Michael F. Urbanski for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). After due consideration, the Magistrate Judge filed such a report, finding that the ALJ did not commit reversible error in its treatment of Dr. Mann's opinion. The Magistrate Judge also found, however, that the ALJ's "one line of analysis" devoted to Dr. Chen's findings was not "a sufficient explanation under the regulations for why the ALJ discounted Dr. Chen's opinion." As a result, the Magistrate Judge concluded that the ALJ's decision could not be said to be supported by substantial evidence, and it was recommended that the court remand the case back to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrate consideration consistent with the findings of the Report and Recommendation, including an appropriate evaluation of Dr. Chen's opinion and medical records.

Following the issuance of the Report and Recommendation, the parties were entitled to note any objections within ten (10) days. Fed. R. Civ. P. 72(b) (2008). The Court received no such objections. In the absence therefore, and having reviewed the Magistrate Judge's Report and Recommendation and pertinent portions of the record, the court agrees with the Magistrate Judge's recommendation. Accordingly, it is hereby

**ORDERED** and **ADJUDGED**

that the Magistrate Judge's Report and Recommendation is **ADOPTED** and the case be remanded to the Commissioner of Social Security for further consideration. The Clerk of Court is directed to send copies of this Order to counsel of record for all parties.

ENTER: This ___ day of December, 2008.

Hon. James C. Turk
Senior United States District Judge